■ In the Matter of RAYMOND B. and Another, Infants. LAURA B. et al., Appellants; ONTARIO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [631 NYS2d 792] —Order unanimously affirmed without costs. Memorandum: The record supports Family Court's determination that petitioner engaged in meaningful efforts to assist the parents in obtaining counseling

and in planning for the return of the children *(see, Matter of Jamie M.,* 63 NY2d 388, 393). Petitioner engaged in diligent efforts to encourage, strengthen, and nurture the parent-child relationship *(see,* Social Services Law § 384-b [7] [f]; *Matter of Gregory B.,* 74 NY2d 77, 86; *Matter of Jennifer Ann W.,* 198 AD2d 881), but those efforts were thwarted by the uncooperative attitude of respondents, who refused to avail themselves of the rehabilitative counseling offered. The failure of respondents to "utilize * * * psychological and other social and rehabilitative services and material resources made available" to them is a factor that the court may consider in determining whether the parents have adequately planned for the future of the children (Social Services Law § 384-b [7] [c]). The record establishes that respondents have not learned to accept responsibility or to modify their behavior to correct the conditions that led to the need for foster care *(see, Matter of Nathaniel T.,* 67 NY2d 838, 842). (Appeal from Order of Ontario County Family Court, Harvey, J.—Terminate Parental Rights.) Present—Denman, P. J., Pine, Wesley, Balio and Davis, JJ.